STATE SAVINGS BANK OF MANCHESTER, IOWA, v. BEDDEN *et al.*

No. 4609.   Opinion Filed July 8, 1913.

(134 Pac. 20.)

**APPEAL AND ERROR—Petition in Error—Time of Filing—Jurisdiction.** Where more than six months has intervened between the rendition of the final order sought to be reviewed and the filing of the petition in error in the Supreme Court, this court has no jurisdiction to review such final order.

(Syllabus by the Court.)

*Error from District Court, Roger Mills County;*
*G. A. Brown, Judge.*

Action between the State Savings Bank of Manchester, Iowa, and W. A. Bedden and others. From the judgment, the Savings Bank brings error. Dismissed.

*D. W. Tracey,* for plaintiff in error.
*E. L. Mitchell,* for defendants in error.

TURNER, J. This case presents error from the district court of Roger Mills county. The judgment herein was rendered on the 13th day of December, 1911, and the petition in error was filed in this court December 3, 1912, almost a year after the rendition of final judgment in the trial court. An act approved February 14, 1911, Session Laws 1910-11, p. 35, provides:

"All proceedings for reversing, vacating or modifying judgments, or final orders shall be commenced within six months from the rendition of the judgment or final order complained of."

This is jurisdictional; and where, as here, more than six months has elapsed, this court is without authority to review the action of the trial court. *Wedd v. Gates,* 15 Okla. 602, 82 Pac. 808; *Tishomingo Elec., etc., Co. v. Harris,* 28 Okla. 10, 113 Pac. 713; *Fairbanks-Morse & Co. v. Thurmond et al.,* 31 Okla. 612, 122 Pac. 167; *Healy v. Davis,* 32 Okla. 296, 122 Pac. 157.

The proceeding is therefore dismissed.

HAYES, C. J., and KANE, J., concur; WILLIAMS and DUNN, JJ., absent and not participating.